Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEON GANDY, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff(s),<br><br>           -against-<br><br>NORTHSTAR LOCATION SERVICES, LLC and JOHN DOES 1-25,<br><br>                    Defendant(s). | Civil Case: 3:19-cv-05915-MAS-DEA<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice. Each party to bear its own costs.

s/ Ben A. Kaplan
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: May 28, 2019 9

s/ John Canoni
John Canoni, Esq.
Barclay Damon LLP.
1270 Avenue of the Americas
Suite 600
New York, New York 10020
Telephone (122) 784-5828
jcanoni@barclaydamon.com
Attorneys for Defendant
Dated: May 28, 2019

So Ordered this 29th of May 2019

*[signature]*
Hon. Michael Shipp, USDJ